IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **CASSIDY PAINTING, INC.**, a Delaware corporation, and **CASSIDY PAINTING**, a Delaware Corporation | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. |
| v. | ) ) ) | |
| **CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, and **MPI MECHANICAL, INC.** | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **VERIFICATION**

State of Delaware  )
                   )  SS.
New Castle County  )

I, Mike Cassidy, being duly sworn according to law, hereby state that I am the President of Cassidy Painting, the Plaintiff in this action, and that the facts set forth in the Verified Complaint are true and correct to the best of my knowledge, information and belief.

_____
Mike Cassidy

Sworn to and subscribed before me, Notary Public for the State and County aforesaid, this 14th day of November, 2005.

_____
Notary Public