# EXHIBIT

# A

FROM :JERSEY SHORE AUTOMATION INC       FAX NO. :17322237402       Sep. 28 2004 12:25PM P2

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date contract) | OMB No. : 9000-0045 |
|---|---|---|
| Bond No. 6186489 | February 21 2003 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Chugach Support Services, Inc.<br><br>560 E. 34th Avenue, Suite 300<br>Anchorage, AK 99503 | ☐ INDIVIDUAL<br>☐ JOINT VENTURE | ☐ PARTNERSHIP<br>☒ CORPORATION | |
| | STATE OF INCORPORATION<br>Alaska | | |

| SURETY (IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Safeco Insurance Company of America<br><br>Safeco Plaza<br>Seattle, WA 98185 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 2 | 000 | 000 | 00 |
| | CONTRACT DATE<br>02/21/03 | CONTRACT NO.<br>F07603-03-D-0002 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | | PRINCIPAL Chugach Support Services, Inc. | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. | |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES H. HUTTON CONSTRUCTION DIV. MGR | 2. | 3. | |

| | | INDIVIDUAL SURETY(IES) | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. | 2. | |

| | | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|---|
| S U R E T Y A | NAME & ADDRESS | Safeco Insurance Company of America, Safeco Plaza, Seattle, WA 98185 | STATE OF INC. Washington | LIABILITY LIMIT $ 100% | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. Betty A. Cox, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL PRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR)

FROM : JERSEY SHORE AUTOMATION INC       FAX NO. :17322237402       Sep. 28 2004 12:25PM P3

| | | CORPORATE SURETY(IES) (Continued) | | | | |
|---|---|---|---|---|---|---|
| **S U R E T Y B** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **S U R E T Y C** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **S U R E T Y D** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **S U R E T Y E** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **S U R E T Y F** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **S U R E T Y G** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | CORPORATE SEAL |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3 (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated

"SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

FROM : JERSEY SHORE AUTOMATION INC     FAX NO. :17322237402          Sep. 28 2004 12:25PM  P4

 **SAFECO**          POWER
                                        OF ATTORNEY

SECO Insurance Company
Box 34526
Seattle, WA  98124-1526

No.  5465

**KNOW ALL BY THESE PRESENTS:**
That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does heret
appoint
************CARL F. BRADY, JR.; BETTY A. COX; SUSAN SPINDLER; JAMES K. BRADY; JOHN WHEATLEY; KENT ECKHOFF; CHARLES G. ANDERSON;
BRANDON B. ALLEN; LORI RUDE; Anchorage, Alaska***********************************************************************
its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a simila
character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA** have each executed ar
attested these presents

this  18th                          day of  February                        , 2003

                                                            William J. Curron, Vice President

**ACKNOWLEDGEMENT**

State of Washington
County of King
On the  18th                                              2003         , before me personally came  William J. Curron, Vice President
                                                                        , to me known, who being duly sworn, did depose and say that he/she reside
                                                                        , that he/she is a  Vice President                         of SAFECO
**INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, the Corporations described in and which executed the abov
instrument; that he/she knows the seals of each Corporation; that the seals affixed to said instrument are such corporate seals; that they were so affixed b
order of the Board of Directors of each Corporation; and that he/she signed his/her name thereto by like order.

                                                            Teri Lind

My commission expires     February 14 2006

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed fc
that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate title
with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of it
business.
   The power of appointment granted in this paragraph to the officers enumerated may be exercised by each of them severally, regardless of the availability c
unavailability of the other officers enumerated. On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile.

"On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or i
any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

I,  James A. Schrader, Vice President                                                     of SAFECO INSURANCE COMPANY OF AMERICA an
**GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing is a true and correct copy of Article V, Section 13 of the By-Laws c
each corporation and of powers of attorney executed pursuant thereto and that both said By-Laws and said Powers of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this  21st                          day of  February                      , 2003

                                                            James A. Schrader, Assistant Vice President

S-1274/SAEF 7/98

® A registered trademark of SAFECO Corporatio
PR

# EXHIBIT

# B

## STATEMENT OF ACKNOWLEDGMENT

| | FORM APPROVED OMB NO. 3090-0116 |
|---|---|

### PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. **F07603-03-D0002** | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER **70-MPI-001** |
|---|---|---|

| 4. PRIME CONTRACTOR (Name, address and ZIP code) **Chugach Support Services** **P.O. Box 2049** **Dover AFB, De. 19902** | 5. SUBCONTRACTOR NAME **Cassidy Painting** **102 Cassidy Dr.** **Newport, De. 19804** |
|---|---|

6. The prime contractor states that under the Contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by

(Name of Awarding Firm) **MPI Mechanical, Inc.**

to the subcontractor identified in Item 5, for the following work:

Painting and Floor Coating

| 7. PROJECT **F07603-03-D0002-5017** | 8. LOCATION **Building 1344 Dog Kennel** | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
| | | |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the Contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety | Davis-Bacon Act |
| Standards Act-Overtime | Apprentices and Trainees |
| Compensation-Construction | Compliance with Copeland Regulations |
| Payrolls and Basic Records | Subcontracts |
| Withholding of Funds | Contract Termination-Debarment |

13. NAME (S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

*Cassidy Painting Inc*

Cassidy Painting Inc.

| 14. NAME AND TITLE OF PERSON SIGNING *Michael J Cassidy  President* | 15. BY (Signature) | 16. DATE SIGNED *2/05/04* |
|---|---|---|

U.S. GOVERNMENT PRINTING OFFICE: 1984 437-233/6348                    STANDARD FORM 1420 (10-63)

# EXHIBIT



# APPLICATION AND CERTIFICATE FOR PAYMENT

To: MPI Mechanical Inc
11 McMillan Way
Newark, DE 19713

From: Cassidy Painting, Inc.
102 Cassidy Drive
Newport, DE 19804

Project:  93636
Building 1344 Dog Kennel

Application No:       1
Period To:    10/31/04
Contract Date: 10/22/04

Architect:

## CONTRACTOR'S APPLICATION FOR PAYMENT

### CURRENT STATUS

| | |
|---|---|
| ORIGINAL CONTRACT SUM | 26,000.00 |
| NET OF CHANGE ORDERS | 23,583.87 |
| CONTRACT SUM TO DATE | 49,583.87 |
| TOTAL COMPLETED AND STORED | 44,383.87 |
| | |
| RETAINAGE: | |
| COMPLETED WORK | 4,438.39 |
| STORED MATERIAL | 0.00 |
| TOTAL RETAINAGE | 4,438.39 |
| TOTAL EARNED LESS RETAINAGE | 39,945.48 |
| LESS PREVIOUS CERTIFICATES | 0.00 |
| CURRENT PAYMENT DUE | 39,945.48 |
| BALANCE + RETAINAGE | 9,638.39 |

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract documents, based on on-site observations, the inspector certifies to the owner that the work is in accordance with the contract documents and the contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................... $

ARCHITECT.
BY:                                    DATE:

*(Attach explanation if different from amount applied for.)*

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by owner | 23,583.87 | 0.00 |
| Total approved this month | 0.00 | 0.00 |
| TOTALS | 23,583.87 | 0.00 |
| Net changed by change orders | 23,583.87 | |

The undersigned contractor certifies that to the best of his knowledge, information and belief, the work covered by this application for payment has been completed in accordance with the contract documents; that all amounts have been paid by him for work for which previous certificates for payment were issued and payments received from the owner, and that the current payment shown herein is now due.

CONTRACTOR: Cassidy Painting Inc.
BY: *(signature)* DATE: October 22, 2004
STATE OF: Delaware    COUNTY OF:  New Casatle
SUBSCRIBED AND SHOWN TO BEFORE ME THIS  22nd DAY
OF October      ,20 04.

NOTARY PUBLIC: *(signature)* Kimberly V. Tuttle

MY COMMISSION EXPIRES:    September 27,2007

# Continuation Sheet

## Application and Certificate for Payment

To: MPI Mechanical Inc
11 McMillan Way
Newark, DE 19713

From: Cassidy Painting, Inc.

Project: 93636
Contract For: Building 1344 Dog Kennel

Application No.: 1
Application Date: 10/22/04
Period To: 10/31/04

Page: 1 of 1

| A | B | | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | WORK COMPLETED | | | | | |
| ITEM NO. | CO# | DESCRIPTION OF WORK | SCHEDULED VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | MATERIAL PRESENTLY STORED | TOTAL COMPLETED AND STORED TO DATE | % COMP. | BALANCE TO FINISH | $ RETAINAGE |
| 10 | | Base Contract | 26,000.00 | 0.00 | 20,800.00 | 0.00 | 20,800.00 | 80.00% | 5,200.00 | 2,080.00 |
| | | Subtotal for Base Contract Items | | 0.00 | 20,800.00 | 0.00 | 20,800.00 | 80.00% | 5,200.00 | 2,080.00 |
| 11 | 1 | Neogard Quartz Broadcast Flo | 12,041.07 | 0.00 | 12,041.07 | 0.00 | 12,041.07 | 100.00% | 0.00 | 1,204.11 |
| 12 | 1 | Koster Vapor Emission Contro | 11,542.80 | 0.00 | 11,542.80 | 0.00 | 11,542.80 | 100.00% | 0.00 | 1,154.28 |
| - TOTAL - | | | 49,583.87 | 0.00 | 44,383.87 | 0.00 | 44,383.87 | 89.51% | 5,200.00 | 4,438.39 |

pmaa703.rpt

# Cassidy Painting Inc.

### Bldg #100 Suite #102 Cassidy Drive
### Newport, De. 19804

10/11/04

MPI Mechanical, Inc.
Mr. Matt Szewczyk
11 McMillian Way
Delaware Industrial Park
Newark, De. 19713

Re: Kennel Building 1344 – Dover Air Force Base Dover, De.
Add Price For Material Upgrade to Supply and Install "Neogard" Decorative Quartz Broadcast Flooring System

Dear Matt,

    As per the material specification and data sheets (provided by your firm) and our discussions with Neogard we propose to supply and install the product as specified. Our add price is $ $12,041.07, which includes materials, labor, equipment and supervision to complete the work.

| | | |
|---|---|---:|
| Labor Billing Rate $ 29.51/hr x 160 man hours = | | $ 4,721.60 |
| Burden: | @ 32% | $ 1,510.91 |
| Fee (overhead & profit) @ 10% | | $ 623.25 |
| Supervision: 15 hrs. x $ 50.00/hr. | | $ *** *** |
| Subtotal: Labor | | $ 6,855.76 |

Material:   Neo-Broadcast Quartz Color # 9010 1ˢᵗ & 2ⁿᵈ seed coats - 3,500 lbs or 70Bags

| | | |
|---|---|---:|
| 86301 Neo-Quartz Color (Chocolate) 49 bags x 21.00/50 lb. Bag | | $ 1,029.00 |
| 86305 Neo-Quartz Color (White) 14 bags x 21.00/50 lb. Bag | | $ 294.00 |
| 86306 Neo-Quartz Color (Light Beige) 7 bags x 21.00/50 lb. Bag | | $ 147.00 |
| Seal Coat 70734/70735 (Clear) | 25 gal. x 53.13/gal. | $ 1,328.25 |
| Seal Coat 70734/70735 (Clear) | 20 gal. x 53.13/gal. | $ 1,062.60 |
| Antimicrobial | 1 gal. x 208.75/gal. | $ 208.75 |
| Subtotal: Material: | | $ 4,069.60 |
| Fee (overhead & profit) @ 10% | | $ 406.96 |
| Total of Material: | ............................................... | $ 4,476.56 |
| Material Freight: | | $ 708.75 |
| Total Add Price Cost –For Material Upgrade to "Neogard" Decorative Quartz Broadcast Flooring: | | $ 12,041.07 |

Please expedite a written Change Order so as I can schedule manpower, as materials were already purchased so work can be performed as not to deviate from the construction schedule and the allotted time frame.

If you have any questions, please call me.

Sincerely,

*James E. Rhoades Jr.*

James E. Rhoades Jr.
Cassidy Painting Inc.

NEBS To Reorder: 1-800-225-6380 or www.nebs.com

PRODUCT 258

**CASSIDY PAINTING, INC.**
Suite 102 Cassidy Drive
NEWPORT, DELAWARE 19804
**(302) 683-0710**
**FAX (302) 683-0709**

# JOB WORK ORDER

12585

DATE OF ORDER: 10-1-04

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | | Joe S | Gaylord | 10/13/04 |

BILL TO: MPI Mechanical

ORDER TAKEN BY: M/C

ADDRESS:

CITY:

☐ DAY WORK
☐ CONTRACT
☒ EXTRA

JOB NAME AND LOCATION: DAFB Dog Kennel Bldg
Floor (Primer) Koster Vaper Emission

JOB PHONE:

DESCRIPTION OF WORK

Preping Floor and Applying Vap 1 pH primer. As Directed To By MPI / Manufacturer.

2 MEN 8 Hrs

25 Gallons of Vap 1 PH Primer

\# Materials + Equipment + Freight etc From proposal dated 10/05/04

| | | | |
|---|---|---|---|
| | TOTAL MATERIALS | 10102 | 80 |
| | TOTAL LABOR | 720 | 00 |
| | | | |
| | TAX | | |
| DATE COMPLETED: / / WORK ORDERED BY: | TOTAL AMOUNT | $10,822 | 80 |

Signature: Paul McL[illegible]

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

I hereby acknowledge the satisfactory completion of the above described work.

(NEBS) To Reorder: 1-800-225-6380 or www.nebs.com

PRODUCT 258

**CASSIDY PAINTING, INC.**
Suite 102 Cassidy Drive
NEWPORT, DELAWARE 19804
**(302) 683-0710**
**FAX (302) 683-0709**

# JOB WORK ORDER

12586

| | | | | |
|---|---|---|---|---|
| | | | | DATE OF ORDER: 10-14-04 |
| CUSTOMER'S ORDER NO. | PHONE | MECHANIC: Joe G | HELPER: Gary M | STARTING DATE: 10/14/04 |
| BILL TO: MPI Mechanical | | | | ORDER TAKEN BY: M/C |
| ADDRESS | | | | ☐ DAY WORK<br>☐ CONTRACT<br>☑ ~~EXTRA~~ |
| CITY | | | | |
| JOB NAME AND LOCATION: DAFB Dog Kennel Bldg | | | | |
| Floor (Primer) | | | JOB PHONE | |

DESCRIPTION OF WORK

Preping and Applying
Vap 1 plt primer As Directed

2 MEN 8 Hrs

| | | | |
|---|---|---|---|
| | TOTAL MATERIALS | | |
| | TOTAL LABOR | 720 | 00 |
| | | | |
| | TAX | | |
| DATE COMPLETED: / / ; WORK ORDERED BY | TOTAL AMOUNT | $ 720 | 00 |

Signature Paul R A[illegible]

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

I hereby acknowledge the satisfactory completion of the above described work.

# APPLICATION AND CERTIFICATE FOR PAYMENT

| | |
|---|---|
| **To:** MPI Mechanical Inc<br>11 McMillan Way<br><br>Newark, DE 19713 | **From:** Cassidy Painting, Inc.<br>102 Cassidy Drive<br><br>Newport, DE 19804 |

| **Project:** 93636 | **Application No:** 2 |
|---|---|
| Building 1344 Dog Kennel | **Period To:** 12/31/04 |
| | **Contract Date:** 10/22/04 |

**Architect:**

## CONTRACTOR'S APPLICATION FOR PAYMENT

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by owner | 23,583.87 | 0.00 |
| Total approved this month | 698.14 | 0.00 |
| **TOTALS** | 24,282.01 | 0.00 |
| Net changed by change orders | 24,282.01 | |

The undersigned contractor certifies that to the best of his knowledge, information and belief, the work covered by this application for payment has been completed in accordance with the contract documents; that all amounts have been paid by him for work for which previous certificates for payment were issued and payments received from the owner; and that the current payment shown herein is now due.

CONTRACTOR: Cassidy Painting Inc.

BY: _signature_ DATE: December 20, 2004

STATE OF: Delaware COUNTY OF: New Castle

SUBSCRIBED AND SHOWN TO BEFORE ME THIS 20th DAY OF December , 2004.

NOTARY PUBLIC: _signature_ Kimberly V. Tuttle

MY COMMISSION EXPIRES. September 27, 2007

### CURRENT STATUS

| | |
|---|---|
| ORIGINAL CONTRACT SUM | 26,000.00 |
| NET OF CHANGE ORDERS | 24,282.01 |
| CONTRACT SUM TO DATE | 50,282.01 |
| TOTAL COMPLETED AND STORED | 45,082.01 |
| | |
| RETAINAGE: | |
| COMPLETED WORK | 4,508.21 |
| STORED MATERIAL | 0.00 |
| TOTAL RETAINAGE | 4,508.21 |
| TOTAL EARNED LESS RETAINAGE | 40,573.80 |
| LESS PREVIOUS CERTIFICATES | 39,945.48 |
| CURRENT PAYMENT DUE | 628.32 |
| BALANCE + RETAINAGE | 9,708.21 |

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the contract documents, based on on-site observations, the inspector certifies to the owner that the work is in accordance with the contract documents and the contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................. $

ARCHITECT:

BY: _____ DATE: _____

(Attach explanation if different from amount applied for.)

# Continuation Sheet  Application and Certificate for Payment

To: MPI Mechanical Inc
11 McMillan Way
Newark, DE 19713

From: Cassidy Painting, Inc.

Project: 93636
Contract For: Building 1344 Dog Kennel

Page: 1 of 1
Application No.: 2
Application Date: 12/20/04
Period To: 12/31/04

| A | | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | | | | | |
| ITEM NO. | CO# | DESCRIPTION OF WORK | SCHEDULED VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | MATERIAL PRESENTLY STORED | TOTAL COMPLETED AND STORED TO DATE | % COMP | BALANCE TO FINISH | $ RETAINAGE |
| 10 | | Base Contract | 26,000.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 80.00% | 5,200.00 | 2,080.00 |
| | | **Subtotal for Base Contract Items** | 26,000.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 80.00% | 5,200.00 | 2,080.00 |
| 11 | 1 | Neogard Quartz Broadcast Flo | 12,041.07 | 12,041.07 | 0.00 | 0.00 | 12,041.07 | 100.00% | 0.00 | 1,204.11 |
| 12 | 1 | Koster Vapor Emission Contro | 11,542.80 | 11,542.80 | 0.00 | 0.00 | 11,542.80 | 100.00% | 0.00 | 1,154.28 |
| 13 | 2 | Job Work Order 12589 | 83.36 | 0.00 | 83.36 | 0.00 | 83.36 | 100.00% | 0.00 | 8.34 |
| 14 | 3 | Job Work Order 12588 | 614.78 | 0.00 | 614.78 | 0.00 | 614.78 | 100.00% | 0.00 | 61.48 |
| | | - TOTAL - | 50,282.01 | 44,383.87 | 698.14 | 0.00 | 45,082.01 | 89.66% | 5,200.00 | 4,508.21 |

pmaia703.pt