AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 5   8 0 0__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __6__ COPIES OF AO FORM 85.

_____   ___*Shane Handlin*___
(Date forms issued)         (Signature of Party or their Representative)

___Shane Handlin___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action