# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SUMMONS IN A CIVIL CASE

**United States of America,** for the Use and Benefit of
**Cassidy Painting, Inc.,** a Delaware corporation, and
**Cassidy Painting, Inc.,** a Delaware corporation,

        **Plaintiff,**

        V.                                    C.A. NO. 05-

**Chugach Support Services, Inc.,** an Alaska corporation,       05  800
**Safeco Insurance Company of America,** a Washington
corporation, and **MPI Mechanical, Inc.,**

        **Defendants**

TO:   **Chugach Support Services, Inc.**
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Scott G. Wilcox, Esquire
        **CONNOLLY BOVE LODGE & HUTZ** LLP
        1007 N. Orange Street
        P. O. Box 2207
        Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                             11/17/05
CLERK                                                   DATE

*Monica Mosley*
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE 11/21/05 |
|---|---|
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED CHUGACH Support Services, Inc by SERVING ITS REGISTERED Agent, The Corporation Trust Co, AT 1209 ORANGE ST, WILM DE 19801 AT 3:55 PM. PERSON ACCEPTING SERVICE: Scott La Scala.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/21/05
Date

Signature of Server

PARCELS INC
230 N. MARKET ST, WILM DE 19801
Address of Server

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;428813;1