# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SUMMONS IN A CIVIL CASE

United States of America, for the Use and Benefit of
Cassidy Painting, Inc., a Delaware corporation, and
Cassidy Painting, Inc., a Delaware corporation,

        Plaintiff,

    V.

Chugach Support Services, Inc., an Alaska corporation,
Safeco Insurance Company of America, a Washington
corporation, and MPI Mechanical, Inc.,

        Defendants

C.A. NO. 05- 0 5 800

TO:  MPI Mechanical, Inc.
      11 McMillan Way
      Newark, DE 19713

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Scott G. Wilcox, Esquire
    **CONNOLLY BOVE LODGE & HUTZ LLP**
    1007 N. Orange Street
    P. O. Box 2207
    Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**        11/17/05
CLERK        DATE

_/s/ Monica Mosley_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE 11/22/05 |
|---|---|
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED MPI MECHANICAL, INC by SERVING MATT SZEWCZYK AT 11 McMILLAN WAY, NEWARK, DE 19713 AT 9:20 AM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/22/05
Date

Signature of Server

PARCELS INC
230 N. MARKET ST, WILM DE 19801
Address of Server