# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SUMMONS IN A CIVIL CASE

**United States of America,** for the Use and Benefit of
**Cassidy Painting, Inc.,** a Delaware corporation, and
**Cassidy Painting, Inc.,** a Delaware corporation,

   **Plaintiff,**

   V.

**Chugach Support Services, Inc.,** an Alaska corporation,
**Safeco Insurance Company of America,** a Washington
corporation, and **MPI Mechanical, Inc.,**

   **Defendants**

0 5 8 0 0

C.A. NO. 05-

TO: **Safeco Insurance Company of America**
c/o Delaware Secretary of State
Safeco Plaza
4333 Brooklyn Avenue, NE
Seattle, WA 98195

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Scott G. Wilcox, Esquire
  **CONNOLLY BOVE LODGE & HUTZ** LLP
  1007 N. Orange Street
  P. O. Box 2207
  Wilmington, Delaware  19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**     11/17/05
CLERK          DATE

_(signature)_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| | November 22, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delaware Secretary of State, 401 Federal Street, Dover DE 19901. Service Accepted by Shawn Moore at 9:49 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/22/05
Date

Signature of Server: Edward J Jones

Address of Server: 32 Loockerman Sq Ste 105 Dover DE 19901