IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the Use and Benefit of<br>CASSIDY PAINTING, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>CHUGACH SUPPORT SERVICES, INC., *et al.*<br><br>　　　Defendants | C. A. No. 05-800 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1.　Edmund Daniel Lyons, a member of the bar of this Court, pursuant to Local Rule 83.5 (c), moves the admission pro hac vice of Harvey A. Levin, 1155 Connecticut Avenue, N.W., Suite 1200, Washington, DC 20036 to represent Chugach Support Services, Inc. and Safeco Insurance Company of America in this action. The Admittee is admitted, practicing and in good standing in the Courts of the District of Columbia and Maryland and the United States District Courts for the District of Columbia and the District of Maryland, D.C. Bar number 203869 and Maryland Federal Bar number 03163.

2.　The Admittee certifies that he is eligible for admission to this Court, is admitted to practice and is in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in this course of, or in the preparation of, this action as provided in Local Rule 83.6 and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_/s/ Harvey A. Levin_
Harvey A. Levin

_____
Edmund Daniel Lyons, 0881

3.  Motion granted

Date:_____

_____
United States District Judge

@PFDesktop\::ODMA/WORLDOX/G:/505986/8/CP0076.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order for Admission Pro Hac Vice was served by first class mail, postage prepaid, this 13th day of December 2005 on:

    Scott G. Wilcox, Esquire
    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

    Raymond M. Radulski, Esquire
    1225 N. King Street, Suite 301
    Wilmington, DE 19801-3238

    /s/ Harvey A. Levin