

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

James D. Heisman
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

April 6, 2006

*Via E-filing and Hand-Delivery*
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:   *Cassidy Painting v. Chugach Support Services, Inc., et al.*
             *C.A. No. 05-800 (GMS)*

Dear Judge Sleet:

The parties are pleased to inform the Court that they have conducted their Rule 26(f)

conference. Counsel stands at the call of the Court with respect to scheduling.

Respectfully,

James D. Heisman

Enclosure
xc:    Harvey A. Levin, Esq. (w/ enclosure via U.S. mail)
       Edmund D. Lyons, Jr., Esq. (w/ enclosure via e-file)
       Raymond M. Radulski, Esq. (w/ enclosure via e-file)
       Scott G. Wilcox, Esq. (w/ enclosure via e-file)
       457099/12566*5