

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Scott G. Wilcox
Tel 658-9141
Fax 252-4209
Email swilcox@cblh.com
Reply to Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

June 26, 2006

*Via E-filing and Hand-Delivery*
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: ***Cassidy Painting v. Chugach Support Services, Inc., et al.***
*C.A. No. 05-800 (GMS)*

Dear Judge Sleet:

Enclosed please find the Joint Status Report for discussion at the status and scheduling conference set for Friday, June 30, 2006, at 10:00 a.m. in connection with the above-referenced matter

Respectfully,

Scott G. Wilcox

Enclosure
xc:  Harvey A. Levin, Esq. (w/ enclosure via facsimile)
     Edmund D. Lyons, Jr., Esq. (w/ enclosure via e-file)
     Raymond M. Radulski, Esq. (w/ enclosure via e-file)
     James D. Heisman, Esq. (w/ enclosure via e-file)
     473008/12566*5