**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Scott G. Wilcox
Tel 888-6412
Fax 252-4209
Email swilcox@cblh.com
Reply to Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

June 29, 2006

*Via E-filing and Hand-Delivery*
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: *Cassidy Painting v. Chugach Support Services, Inc., et al.*
C.A. No. 05-800 (GMS)

Dear Judge Sleet:

Counsel are pleased to inform the Court that the parties have settled the above-referenced matter. A Notice of Voluntary Dismissal will be filed immediately following the holiday. Accordingly, the scheduling conference set for June 30, 2006 at 10:00 a.m. is not necessary. Counsel stands at the call of the Court if additional information is requested.

Respectfully,

Scott G. Wilcox

xc:   Harvey A. Levin, Esq. (via e-file)
      Edmund D. Lyons, Jr., Esq. (via e-file)
      Raymond M. Radulski, Esq. (via e-file)
      James D. Heisman, Esq. (via e-file)
      473946/12566*5