IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of **CASSIDY PAINTING, INC.**, a Delaware corporation, and **CASSIDY PAINTING**, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>**CHUGACH SUPPORT SERVICES, INC.**, an Alaska corporation, **SAFECO INSURANCE COMPANY OF AMERICA**, a Washington corporation, and **MPI MECHANICAL, INC.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 05-800 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a), each of the parties to bear its own costs and attorneys' fees.

_____
James D. Heisman (# 2746)
Scott G. Wilcox (# 3882)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

_____
Harvey A. Levin, Esq.
BIRCH, HORTON, BITTNER & CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
*Attorney for Defendants Chugach Support Services, Inc. and Safeco Insurance Co.*

_[signature]_
Raymond M. Radulski (# 332)
1225 N. King Street
Suite 301
Wilmington, DE 19801
*Attorney for Defendant*
*MPI Mechanical, Inc.*

Dated: August 25, 2006

475438